No. 05–6397.  BELTRAN-HERNANDEZ v. UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 05–6398.  ALBA-GUERRERO v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–6400.  CASTRO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–6402.  GUZMAN v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 05–6403.  GARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6404.  GAINES v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–6407.  GONZALEZ-HUERTA, AKA COVARRUBLIAS, AKA GONZALEZ-COVARRUBLIAS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–6408.  IRURETAGOYENA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–6409.  GRAHAM v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–6412.  GOMEZ-SORIANO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6415.  GALVAN v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–6416.  GALVAN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–6418.  RAMIREZ-GARCIA v. UNITED STATES DIAZ-RENDON v. UNITED STATES MEJILLA-HERNANDEZ, AKA REYES v. UNITED STATES CASTILLO-RAMIREZ v. UNITED STATES RODRIGUEZ-TORREZ v. UNITED STATES GUTIERREZ-NIETO v. UNITED STATES RAMOS-LUCIO v. UNITED STATES RIVERA-ORTIZ v. UNITED STATES